# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

IN RE: }
AVERY, TORIANO J., } CASE NO: 06-80210-WRS-13
SSN xxx-xx-2422, }
    Debtor. }

## ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY
## FILED BY WASHINGTON MUTUAL

This matter coming before the Court on the Motion for Relief from Automatic Stay filed by WASHINGTON MUTUAL (hereinafter "Creditor"), and this Court being informed of the agreement of the parties hereto, it is therefore **ORDERED, ADJUDGED AND DECREED** as follows:

1. The Chapter 13 plan is hereby amended to provide for a fixed payment and add the post-petition mortgage payments through September, 2006 plus the attorneys fees and costs in connection with Creditor's Motion for Relief from Stay. The Creditor shall file a claim for that amount.

   | | |
   |---|---|
   | 2 payments @ $679.70 for 08/06 through 09/06: | $1,359.40 |
   | 3 late charges @ $22.96 for 07/06 through 09/06: | $ 68.88 |
   | Minus partial payment: | ($ 7.82) |
   | Attorney Fees and Costs for MFR: | $ 650.00 |
   | Total: | $2,070.46 |

2. The Debtor reserves the right to object to pre-petition attorney fees.
3. The Creditor shall file an amended pre-petition and post-petition claim for **TOTAL ARREARAGE** of $9,983.59.
4. The Chapter 13 plan payments are hereby increased to $555.00 MONTHLY.
5. The fixed payments to the Creditor are increased to $190.00 per month.
6. The Motion for Relief from Stay filed by WASHINGTON MUTUAL is hereby conditionally denied. However, should the Debtor default under the mortgage agreement between the parties beginning October, 2006, the Motion for Relief from Stay is granted if the Creditor gives the Debtor and the Debtor's attorney twenty (20) days written notice of opportunity to cure. If the default is not cured within twenty (20) days from the date the notice is issued, then the stay shall lift without further order of the Court. Further, the Creditor is allowed to communicate with the Debtor(s) any communication required under the note and mortgage or under state law. Waiver of default shall not constitute waiver of subsequent default.

Done this the 4th day of October, 2006.

          /s/ William R. Sawyer
          United States Bankruptcy Judge

Prepared by:
SUSANNAH WALKER, Esquire
SIROTE & PERMUTT, P.C.
P.O. Box 55887
Birmingham, Alabama 35255-5887
Telephone: 205-930-5424
This order was approved by David Clark and Sabrina McKinney.