IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:  CHAPTER 13 CASE
NO. 06-80210-WRS

TORIANO J. AVERY

    Debtor(s)

**PURSUANT TO LBR 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 20 DAYS OF SERVICE. RESPONSES MUST BE FILED AND SERVED UPON THE MOVING PARTY WITHIN 20 DAYS OF SERVICE.** Responses must be filed electronically with the Clerk or by U.S. mail addressed to: Clerk of the Bankruptcy Court, One Church Street, Ground Floor, Montgomery, AL 36104 .

### MOTION TO MODIFY TO RAISE PERCENTAGE TO EXTEND THE PLAN
### FOR THE APPLICABLE COMMITMENT PERIOD

COMES NOW, the Trustee, moves this Honorable Court to modify the debtor's Chapter 13 plan by increasing the percentage to be paid to unsecured creditors to the extent the plan is for the applicable commitment period of 36 months. As grounds, the Trustee states as follows:

1. The debtor(s) plan was filed April 7, 2006. The debtor(s) confirmed plan provided 0% to unsecured creditors with payments of $646.00 monthly.
2. The debtor(s) plan, as currently proposed, will put out in less than 36 months.
3. Pursuant to 11 USC §1325(b)(1)(B) and § 1325 (b)(4) (A) (i) and (ii) the debtor(s) must commit all projected disposable income to his Chapter 13 plan for a period of three years.

WHEREFORE, the Trustee moves this Honorable Court to modify the plan to increase the percentage to be paid to unsecured creditors, to extend the plan to 36 months, and to meet the disposable income test.

Respectfully submitted February 25, 2009.

        Curtis C. Reding
        Standing Chapter 13 Trustee

By:   /s/ Tina J. Hayes
        Tina J. Hayes
        Staff Attorney    HAY049

Office of the Chapter 13 Trustee
166 Commerce Street, Suite 202
P.O. Box 173
Montgomery, AL 36101-0173
Phone: 3347-262-8371
Fax: 334-834-7635
Email: hayest@ch13mdal.com

### CERTIFICATE OF SERVICE

I, Tina J. Hayes, certify that a copy of the foregoing document, has been served on the parties listed below by placing same in the United States Mail, postage prepaid and properly addressed, or electronic filing on February 25, 2009.

Toriano J. Avery
1038 Co Road 504
Valley, AL 36854

        /s/ Tina J. Hayes

Hon. David S. Clark (via electronic filing)